# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| APOLLO LIGHTING SOLUTIONS INC. and CLEANTEK INDUSTRIES, INC., | § § § | |
| Plaintiffs, | § § | Civil Action No. 6:22-cv-01036-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| C&M OILFIELD RENTALS, LLC D/B/A C-MOR ENERGY SERVICES, | § § § § | |
| Defendant. | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rules 41(a)(1)(A)(i) and (ii) of the Federal Rules of Civil Procedure, Plaintiff Apollo Lighting Solutions, Inc. and CleanTek Industries, Inc. and Defendant C&M Oilfield Rentals, LLC (jointly, the "Parties") jointly file this Stipulation of Voluntary Dismissal with Prejudice and stipulate that the above-captioned action is dismissed with prejudice as to all claims in this action, where each Party bears its own attorneys' fees, costs, and expenses.

Dated: November 29, 2022

Respectfully submitted,

*/s/ Michael C. Smith*
Michael C. Smith
**SCHEEF & STONE, LLP**
113 E. Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com

P. Branko Pejic, Esq.*
Michael J. Fink, Esq.*
Danielle C. Pfifferling, Esq.*
**GREENBLUM & BERNSTEIN, P.L.C.**

*/s/ Elizabeth M. Chiaviello*
Elizabeth M. Chiaviello
elizabeth.chiaviello@morganlewis.com
Texas Bar No. 24088913
**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
T. 241.466.4000
F. 214.466.4001

Susan Stradley
susan.stradley@morganlewis.com

{J693506 05523683.DOCX}                1

190 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191
bpejic@gbpatent.com
mfink@gbpatent.com
dpfifferling@gbpatent.com


*Counsel for Plaintiffs Apollo Lighting Solutions, Inc. and CleanTek Industries, Inc.*
*Pro hac vice forthcoming, if matter not resolved

Texas Bar No. 24117102
Thomas Davis
thomas.davis@morganlewis.com
Texas Bar No. 24055384
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T. 713.890.5000
F. 713.890.5001

Jason C. White*
jason.white@morganlewis.com
Illinois Bar No. 6238352
Karon Fowler*
karon.fowler@morganlewis.com
Illinois Bar No. 6333623
**MORGAN, LEWIS & BOCKIUS LLP**
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
T: 1.312.324.1000


*Counsel for Defendant C&M Oilfield Rentals, LLC*
*Pro hac vice forthcoming, if matter not resolved

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing document was electronically served on all counsel of record in compliance with the Local Rules on November 29, 2022.

                                            */s/ Michael C. Smith*
                                            Michael C. Smith